**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Oluwadamilola B.,

Petitioner,

v.

U.S. Department of Homeland Security (DHS): Acting Director St. Paul Field Office ICE; Immigration and Customs Enforcement (ICE); Administrator Sherburne County Jail; and Director of St. Paul Field Office ICE;

Respondents.

Civ. No. 26-3321 (JWB/JFD)

**ORDER ACCEPTING IN PART REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE**

---

Oluwadamilola B., pro se Petitioner.

David W. Fuller, Esq., and Pedro Del Valle, IV, Esq., United States Attorney's Office, counsel for federal Respondents.

---

United States Magistrate Judge John F. Docherty issued a Report and Recommendation ("R&R") in this matter on August 11, 2026. (Doc. No. 12.) Respondents filed a limited objection to the R&R's Fourth Amendment analysis, acknowledging that they are making the same argument they had made in their original papers. (Doc. No. 13.)

Objections that merely reiterate the same arguments made in original papers to the Magistrate Judge subject the R&R to a clear error review. *See, e.g.*, *Montgomery v. Compass Airlines, LLC*, 98 F. Supp. 3d 1012, 1017 (D. Minn. 2015). No objections have been filed to the remainder of the R&R. Those portions are also reviewed for clear error.

*See* Fed. R. Civ. P. 72(b); *Grinder v. Gammon*, 73 F.3d 793, 795 (8th Cir. 1996).

Having reviewed the R&R, no clear error is found with respect to the Magistrate Judge's conclusion that Petitioner should be released because he was unlawfully arrested by immigration authorities. The record indicates that the Notice to Appear was issued after officials had executed an arrest based on an I-200 administrative warrant. This timing is dispositive because a valid Form I-200 authorizes the arrest of a noncitizen "[a]t the time of issuance of the notice to appear, or at any time thereafter and up to the time the removal proceedings are completed." 8 C.F.R. § 236.1(b). Respondents' arguments about checkboxes on the I-200 are misplaced because they do not bear on the timing of the arrest in relation to the issuance of the Notice to Appear.

**ORDER**

Based on the R&R of the Magistrate Judge, and on all the files, records, and proceedings in this case, **IT IS HEREBY ORDERED** that:

1. The August 11, 2026 R&R (Doc. No. 12) is **ACCEPTED IN PART** and **MODIFIED** as set forth above.

2. Petitioner Oluwadamilola B.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED IN PART**.

3. Respondents shall immediately release Petitioner from custody and shall file notice confirming his release within 48 hours of this Order.

4. Respondents may not continue Petitioner's present detention on the basis of the existing December 14, 2025 Form I-200 or the arrest effected pursuant to that warrant. Nothing in this Order precludes Respondents from later arresting or detaining Petitioner pursuant to lawful authority and in compliance with applicable statutory and regulatory requirements.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Date: August 24, 2026

*s/ Jerry W. Blackwell*
JERRY W. BLACKWELL
United States District Judge