# UNITED STATES DISTRICT COURT
## District of Minnesota

Oluwadamilola Bamigboye

Petitioner(s),

v.

U.S. Department of Homeland Security (DHS), Acting Director St. Paul Field Office ICE, Immigration and Customs Enforcement (ICE), Administrator Sherburne County Jail, Director of St. Paul Field Office ICE

Respondent(s).

## JUDGMENT IN A CIVIL CASE

Case Number: 26-cv-03321-JWB-JFD

☐ **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court**. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED THAT:

1. The August 11, 2026 R&R (Doc. No. 12) is **ACCEPTED IN PART** and **MODIFIED** as set forth above.

2. Petitioner Oluwadamilola B.'s Petition for a Writ of Habeas Corpus (Doc. No. 1) is **GRANTED IN PART**.

3. Respondents shall immediately release Petitioner from custody and shall file notice confirming his release within 48 hours of this Order.

4. Respondents may not continue Petitioner's present detention on the basis of the existing December 14, 2025 Form I-200 or the arrest effected pursuant to that warrant. Nothing in this Order precludes Respondents from later arresting or detaining Petitioner pursuant to lawful authority and in compliance with applicable statutory and regulatory requirements.

Date: 8/24/2026

KATE M. FOGARTY, CLERK